UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID FRANKLIN WEST,

                Plaintiff,

    v.

STATE OF WASHINGTON, *et al*.,

                Defendants.

Case No. C14-584-MJP

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

//

//

//

//

ORDER DISMISSING ACTION - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff at his last known address and to Judge Donohue.

DATED this 3rd day of September, 2014.

_____
Marsha J. Pechman
Chief United States District Judge

ORDER DISMISSING ACTION - 2